IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>PAUL KENNER<br><br>                      Defendant. | 4:16CR3085<br><br>**ORDER TO WITHDRAW EXHIBITS OR SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Government Exhibit Nos. 1 through 23 from Bench Trial held 01/31/17 – 02/01/17 in North Platte, Nebraska, and Exhibit A from hearing held 01/26/17.

Defendant Exhibit Nos. 138 through 142, and 156 from Bench Trial held 01/31/17 – 02/01/17 in North Platte, Nebraska.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

Dated this 15th day of June, 2017.

                                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                Senior United States District Judge